IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-143 |
| | ) | (Varlan /Guyton) |
| | ) | |
| JAMES WOODS, and | ) | |
| LAUREN WOODS | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF TEMPORARY MODIFICATION OF
ORDER SETTING CONDITIONS OF RELEASE**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court upon Defendant James Woods' Motion [Doc. 45]. Mr. Woods has requested a modification of the conditions of his release to allow contact with his wife and co-defendant Lauren Woods on the occasion of Christmas Day. The motion states that James Woods and Lauren Woods are in outpatient recovery programs to address their heroin usage and would be in the presence of family members at all times. Chambers of this Court has contacted the government and the United States does not oppose the request.

On November 9, 2007, Lauren Woods was release pending trial upon conditions [Doc. 14]. On November 14, 2007, a Petition was filed by the Pretrial Services Officer assigned to monitor Ms Woods. [Doc. 17] The Petition reported to the Court that Lauren Woods continued to use illegal drugs after her appearance in Court. On November 19, 2007, this Court conducted a hearing on the Petition, hearing the testimony of three witnesses and considering five exhibits offered as to Ms

Woods continued drug use and inability to comply with the conditions of her release. [Doc. 23]. At that hearing it was asserted that but for contact with James Woods, Lauren Woods would have not used drugs. After difficult consideration, this Court released Ms Woods with modified conditions., to include her participation in a specified drug treatment program.

James Woods was detained from the time he was apprehended on November 14, 2007, until his release on November 30, 2007, pursuant to certain conditions, to include that he have no direct contact with Lauren Woods. [Doc. 31]. James Woods, likewise, was ordered to participate in a drug treatment program.

The Court finds that the limited contact proposed by the Motion is an acceptable modification of the conditions of James Woods' release. Accordingly, Defendant James Woods' Motion **[Doc. 45]** is **GRANTED**. James Woods may visit Lauren Woods at her mother's home in Gordonville, Tennessee for lunch on December 25, 2007. James Woods and Lauren Woods will be monitored at all times by family members.

Lauren Woods and James Woods shall separately report to the Office of Pretrial Services for a drug screen on **December 26, 2007.** Failure to report as ordered will result in an immediate warrant for the noncomplying party's arrest.

IT IS SO ORDERED

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge