IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:07-CR-143 |
| V. | ) | (VARLAN / GUYTON) |
| | ) | |
| JAMES WOODS, | ) | |
| and LAUREN WOODS, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on May 30, 2008 for a motion hearing on the defendants' Joint Motion to Allow Contact [Doc. 66], filed May 10, 2008. Attorney Tracy Jackson Smith appeared on behalf of defendant James Woods, who was also present. Attorney Ralph Harwell appeared on behalf of defendant Lauren Woods, who was also present. Assistant United States Attorney David Jennings appeared on behalf of the government. The government took no position as to defendants' motion.

By previous order of this Court, defendants James Woods and Lauren Woods were released on bond, on the condition that they have no physical contact with each other [Docs. 14 and 31]. Accordingly, James Woods currently lives with his mother in Knoxville, Tennessee and Lauren Woods currently lives with her mother in Gordonsville, Tennessee. Counsel for defendants advise the Court that both James Woods and Lauren Woods have completed intensive outpatient drug treatment programs, are reporting to their probation officers as required, and both have passed random drug screen tests. The defendants have not seen each other since Christmas Day [See Doc.

46].

The Court finds that limited physical contact proposed by defendants' motion is an acceptable modification of their release. However, the Court finds conditions are required to ensure the safety of both defendants and the surrounding community. Therefore, defendants may spend the weekends together, beginning with this weekend, May 30, 2008, up until the start of their trial on June 10, 2008. Lauren Woods is **DIRECTED** to spend the weekends in Knoxville, Tennessee at the home of her mother-in-law, Nancy Woods, where James Woods is currently living. Ms. Woods' mother, Debbie Pilant, is to drop Ms. Woods off at the home on Friday afternoons and pick her up between 3:00 and 4:00 p.m. on Sunday afternoon so as to ensure Ms. Woods will be back in Gordonsville by 7:00 p.m. Sunday evening. Furthermore, defendants are **DIRECTED** that they may not leave the home of Nancy Woods for any reason. Nancy Woods, or any other family members that may be present, are to monitor James Woods and Lauren Woods at all times to ensure they are in compliance with the conditions of their release; mainly that Mr. and Ms. Woods stay inside the residence at all times.

Accordingly, defendants' Joint Motion to Allow Contact [Doc. 66] is **GRANTED**. By agreement of the parties, defendants' conditions of release are hereby **MODIFIED** as outlined above. Lauren Woods is **DIRECTED** to communicate with her United States Pretrial Services Officer the modifications of her release in light of her electronic monitoring.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge